**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NICHOLAS CORTEZ ADDISON                                                                                     PLAINTIFF

V.                                           NO: 3:15CV00163 PSH

JOEY MARTIN                                                                                                           DEFENDANT

## ORDER

On July 25, 2016, mail sent to plaintiff Nicholas Cortez Addison at his address of record was returned as undeliverable (Doc. No. 32).  Accordingly, Addison is directed to file a notice of his current mailing address no later than 30 days after this order's entry date.  Addison's failure to do so will result in the dismissal of his complaint.

IT IS SO ORDERED this 1st day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE