IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                              PLAINTIFF

v.                           NO. 3:15-cv-00163 PSH

JOEY MARTIN, Jail Administrator,                                     DEFENDANT
Poinsett County Detention Center

ORDER

Plaintiff Nicholas Cortez Addison ("Addison") commenced the case at bar by filing a complaint pursuant to 42 U.S.C. 1983. In the complaint, he alleged the following:

> On 6-4-15, Joey Martin violated my constitutional rights and attempted killing me, and brother, (Tristen Addison) come
> ~~if you stop filing paperwork, I'll let your brother~~
> back to the detox center with you." When I asked Joey Martin what paperwork, he said, "lawsuits." I replied I have the right to file anything I want if I feel my rights have been violated. It's now Monday 6-7-15, [and] my brother is still not here with me.

See Document 2 at CM/ECF 4.

Addison has now filed a motion for discovery and for trial date. See Document 39. In the motion, he asks for a "Freedom of Information Act and a motion for discovery [and] … a court date and speedy trial." See Document 39 at CM/ECF 1.

The motion is denied. Addison's requests for discovery should be directed to

defendant Joey Martin and should specify the documents Addison is seeking. A court/trial date will be scheduled forthwith if the Court determines that a trial is necessary.

IT IS SO ORDERED this 31st day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE