IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                                 PLAINTIFF

v.                              NO. 3:15-cv-00163 PSH

JOEY MARTIN, Jail Administrator,                                                        DEFENDANT
Poinsett County Detention Center

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for defendant Joey Martin.

IT IS SO ORDERED this 4th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE